IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BO YI,** | Civil No. 1:17-cv-0083 |
| **Plaintiff,** | |
| v. | |
| **KEVIN L. SNYDER, Chief of Police, North Londonderry Township,** | **Judge Sylvia H. Rambo** |
| **Defendant.** | |

# **O R D E R**

**AND NOW**, this 20th day of January, 2017, **IT IS HEREBY ORDERED AS FOLLOWS**:

1) The within action is dismissed as Plaintiff Bo Yi has failed to allege a cause of action within this court's jurisdiction;

2) Leave to amend is not granted for the reasons set forth in the accompanying memorandum;

3) The clerk of court shall close this file;

4) Any appeal from this order is deemed frivolous and not taken in good faith.

                                                    s/Sylvia H. Rambo  
                                                  SYLVIA H. RAMBO  
                                                  United States District Judge